## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    TABETHA M. BISE

        Debtor(s)

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE
         Movant

        TABETHA M. BISE

        Respondent(s)

CHAPTER 13

CASE NO:   1-15-02024-RNO

### CERTIFICATION OF DEFAULT

AND NOW on October 24, 2017, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of October 24, 2017, the Debtor(s) is/are $3145.00 in arrears with a plan payment having last been made on Sep 21, 2017.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/  Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated: October 24, 2017

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   TABETHA M. BISE

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

TABETHA M. BISE

CHAPTER 13

CASE NO: 1-15-02024-RNO

Respondent(s)

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on October 24, 2017.

STEVEN P MINER ESQUIRE
635 N 12TH STREET  STE 101
LEMOYNE, PA  17043-

TABETHA M. BISE
4894 CARMACK COURT
PO BOX 22
MERCERSBURG, PA  17236

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  October 24, 2017