```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 15-02024-RNO
Tabetha M. Bise                                                         Chapter 13
          Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1          User: LyndseyPr              Page 1 of 2           Date Rcvd: Oct 25, 2017
                              Form ID: pdf010              Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2017.
db             +Tabetha M. Bise,    4894 Carmack Court,    PO Box 22,   Mercersburg, PA 17236-0022
cr             +RURAL DEVELOPMENT USDA,    CENTRALIZED SERVICING CENTER,    PO BOX 66879,   ATTN: BKR DEPT,
                 ST LOUIS, MO 63166-6879
cr              Rural Housing Customer Service Center Usda,     P O BOX 66879,   St. Louis, MO 63166-6879
4645077       ++ACCOUNT CONTROL TECHNOLOGY,    21700 OXNARD STREET,    SUITE 1400,   WOODLAND HILLS CA 91367-3636
                (address filed with court: Account Control Technology Inc.,     6918 Owensmouth Avenue,
                 Canoga Park, CA 91309-8012)
4645080        +American Medical,    3570 Executive Drive,   Suite 205,    Uniontown, OH 44685-8712
4680558       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas of Pennsylvania, Inc.,     PO Box 117,
                 Columbus , OH 43216)
4645084       ++COMCAST,    676 ISLAND POND RD,   MANCHESTER NH 03109-4840
                (address filed with court: Comcast,    1555 Suzy Street,    Lebanon, PA 17046-8317)
4645085       ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance,    25505 W. Twelve Mile Road,
                 Southfield, MI 48034)
4645083        +Chambersburg Hospital,    760 E. Washington Street,    Chambersburg, PA 17201-2751
4645088        +Eastern Account System, Inc.,    75 Glen Road,    Suite 110,   Sandy Hook, CT 06482-1175
4645089         First Premier Bank,    PO Box 5524,   Sioux Falls, SD 57117-5524
4645090        +Fulton County Medical Center,    214 Peach Orchard Road,    Mc Connellsburg, PA 17233-1399
4645091        +Fulton Diagnostic Radiology,    c/o Valley Credit,    12907 Oak Hill Avenue,
                 Hagerstown, MD 21742-2926
4645095     ++++KEYSTONE HEALTH CENTER,    22 ST PAUL DR,   CHAMBERSBURG PA 17201-1033
                (address filed with court: Keystone Health Center,    755 Norland Avenue,   Suite 200,
                 Chambersburg, PA 17201)
4645097        +KML Law Group, PC,    701 Market Street,   Suite 5000,    Philadelphia, PA 19106-1541
4645098        +McConnellsburg Volunteer Fire,    c/o AR Resources,    1777 Sentry Parkway West,
                 Blue Bell, PA 19422-2207
4670906         Navient Solutions, Inc.,    Department of Education Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
4645102        +Pinnacle Financial Group,    PO Box 4115,   Concord, CA 94524-4115
4645105        +Summit Physician Services,    785 5th Avenue,    Suite 3,   Chambersburg, PA 17201-4232
4645108         US Department of Education,    PO Box 5609,   Greenville, TX 75403-5609
4645109        +USDA,   PO Box 66889,    Saint Louis, MO 63166-6889
4662436         USDA, RURAL DEVELOPMENT,    CENTRALIZED SERVICING CENTER,    ATTN: BKR DEPT,   PO BOX 66879,
                 ST. LOUIS, MO 63166-6879
4645110         Verizon Wireless,    250 James Street,   Morristown, NJ 07960-6410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4645078         E-mail/Text: EBNProcessing@afni.com Oct 25 2017 18:54:14     AFNI,    404 Brock Drive,
                 PO Box 3517,    Bloomington, IL 61702-3517
4645079        +E-mail/Text: bankruptcy@firstenergycorp.com Oct 25 2017 18:54:12      Allegheny Power,
                 800 Cabin Hill Drive,    Greensburg, PA 15601-1689
4645081        +E-mail/Text: banko@berkscredit.com Oct 25 2017 18:54:01     Berks Credit & Collection,
                 900 Corporate Drive,    Reading, PA 19605-3340
4645387        +E-mail/Text: bankruptcy@cavps.com Oct 25 2017 18:54:19     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
4645082         E-mail/Text: bmg.bankruptcy@centurylink.com Oct 25 2017 18:54:13      Century Link,
                 100 Centurytel Drive,    Monroe, LA 71203-2041
4645086        +E-mail/Text: kcarter@creditmanagementcompany.com Oct 25 2017 18:54:20      Credit Management Co,
                 2121 Noblestown Road,    Pittsburgh, PA 15205-3956
4645087         E-mail/Text: Bankruptcy.Consumer@dish.com Oct 25 2017 18:54:09      Dish Network,   PO Box 7203,
                 Pasadena, CA 91109-7303
4645092        +E-mail/Text: bankruptcy@cavps.com Oct 25 2017 18:54:19     HSBC,    c/o Cavalry Portfolio,
                 PO Box 27288,    Tempe, AZ 85285-7288
4645093        +E-mail/Text: bkrpt21@maxprofitsys.com Oct 25 2017 18:54:09      Interstate Pest Control,
                 c/o Valley Credit Service,    12907 Oak Hill Avenue,   Hagerstown, MD 21742-2926
4645094        +E-mail/Text: ebn@wfcorp.com Oct 25 2017 18:54:31     Kaplan University,
                 c/o Williams & Fudge Inc,    300 Chatham Avenue,   Rock Hill, SC 29730-4986
4645096        +E-mail/Text: banko@berkscredit.com Oct 25 2017 18:54:01     Keystone NextGeneration,
                 c/o Berks Credit & Collection,    900 Corporate Drive,   Reading, PA 19605-3340
4697184         E-mail/PDF: resurgentbknotifications@resurgent.com Oct 25 2017 19:02:26
                 LVNV Funding, LLC its successors and assigns as,    assignee of B-Line, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
4645099        +E-mail/Text: Bankruptcies@nragroup.com Oct 25 2017 18:54:31      National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
4645100        +E-mail/PDF: cbp@onemainfinancial.com Oct 25 2017 18:55:33     One Main Financial,   PO Box 499,
                 Hanover, MD 21076-0499
4645101        +E-mail/Text: bankruptcy@patriotfcu.org Oct 25 2017 18:54:13      Patriot FCU,   800 Wayne Avenue,
                 Chambersburg, PA 17201-3810
4645103         E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2017 18:55:18     Q-Card,    PO Box 981462,
                 El Paso, TX 79998-1462
4645104         E-mail/PDF: pa_dc_claims@navient.com Oct 25 2017 18:55:19     Sallie Mae Servicing,
                 PO Box 9500,    Wilkes Barre, PA 18773-9500
```

```
District/off: 0314-1          User: LyndseyPr           Page 2 of 2              Date Rcvd: Oct 25, 2017
                              Form ID: pdf010           Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4645106        +E-mail/Text: Bankruptcies@nragroup.com Oct 25 2017 18:54:31      The Hamilton Collection,
                 c/o National Recovery Agency,   2491 Paxton Street,   Harrisburg, PA 17111-1036
4645107        +E-mail/Text: External.Collections@phoenix.edu Oct 25 2017 18:54:25      University of Phoenix,
                 4615 E. Elwood,    Phoenix, AZ 85040-1908
4694564        +E-mail/Text: bankruptcy@firstenergycorp.com Oct 25 2017 18:54:12      West Penn Power,
                 1310 Fairmont Ave,   Fairmont, WV 26554-3526
4645111         E-mail/Text: bankruptcy@firstenergycorp.com Oct 25 2017 18:54:12      WestPenn Power,
                 76 South Main Street,   Akron, OH 44308-1890
                                                                                              TOTAL: 21

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                 (address filed with court: Credit Acceptance Corporation,   25505 West 12 Mile Road,
                 Southfield, MI   48034)
4694996*       ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                 (address filed with court: Credit Acceptance Corporation,   25505 West 12 Mile Road,
                 Southfield, MI   48034)
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Steven P. Miner    on behalf of Debtor 1 Tabetha M. Bise sminer@daleyzucker.com,
               aewing@daleyzucker.com
              Thomas I Puleo    on behalf of Creditor   United States of America, United States Department of
               Agriculture, Rural Housing Service tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor   Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 5
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

TABETHA M. BISE

Debtor(s)

Chapter: 13

Case No.: 1-15-02024-RNO

Document No.: 52

## ORDER DISMISSING CASE

IT IS ORDERED that the above-named case is hereby dismissed for debtor(s) failure to comply with Order dated December 23, 2015.

By the Court,

*Robert N. Opel, II*
Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

October 25, 2017

Case 1:15-bk-02024-RNO    Doc 54    Filed 10/27/17    Entered 10/28/17 00:42:11    Desc
Imaged Certificate of Notice    Page 3 of 3